IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLORADO

Civil Action No.

JOHN J. ELLERTON, an individual,
C & J RESOURCES, INC., a Colorado corporation,
C & J RESOURCES PENSION PLAN & TRUST, a Colorado trust,

    Plaintiffs,

v.

SEFTON RESOURCES, INC., a British Virgin Islands corporation.

    Defendant.

## NOTICE OF REMOVAL

Under 28 U.S.C.A. §§ 1332, 1441, and 1446 (West 2015), and D.C.COLO.LCivR 81.1, Defendant Sefton Resources, Inc., ("Sefton") by and through its attorneys, Littler Mendelson, P.C., hereby removes the above-entitled action styled *John J. Ellerton; C & J Resources, Inc.; and C & J Pension Plan & Trust v. Sefton Resources, Inc.; Mark R. Smith; Thomas G. Milne; and Keith A. Morris,* Case No. 2015CV31703 from the Denver County District Court, Colorado to the United States District Court for the District of Colorado. Copies of all pleadings are filed with this Notice under 28 U.S.C. § 1446(a). As grounds for removal, Sefton states:

    1.    On May 14, 2015, Plaintiff filed a Verified Complaint, Civil Case Cover Sheet, and Motion for Ex Parte Appointment of Receiver in the District Court for the City and County of Denver, Colorado, styled: *John J. Ellerton; C & J Resources, Inc.; and C & J Pension Plan & Trust v. Sefton Resources, Inc.; Mark R. Smith; Thomas G. Milne, and Keith A. Morris,* Case No. 2015CV31703. True and correct copies of the Verified Complaint, Civil Case Cover Sheet, and

Motion for Ex Parte Appointment of Receiver (with exhibits) are attached as Exhibits A, B, and C, respectively.

2.      As of the date of this filing, none of the Defendants has been properly served. Sefton's removal is therefore timely under 28 U.S.C. § 1446(b).  Sefton specifically reserves its right to assert the defense of insufficient service of process.  *See* 28 U.S.C. § 1448; *see also Gartin v. Spyderco, Inc.*, No. CIV.NO. 95-B-1747, 1997 WL 1037883, at *14 (D. Colo. Aug. 13, 1997); *Kiro v. Moore*, 229 F.R.D. 228, 231-32 (D.N.M. 2005) ("[R]emoving an action from state to federal court does not waive a defendant's defense of lack of process or lack of service of process.").

3.      This Court has original jurisdiction under 28 U.S.C. § 1332 based on diversity of citizenship because this action is between citizens of different nations, and the amount in controversy exceeds $75,000, exclusive of interest and costs.  28 U.S.C. § 1332(a).

4.      Based on the allegations in the Complaint, Plaintiff John J. Ellerton is a resident and citizen of Hawaii for purposes of establishing diversity jurisdiction. *See* Ex. A, Verified Compl. ¶ 1.

5.      Based on the allegations in the Complaint, Plaintiff C & J Resources, Inc. is a Colorado corporation with its principal place of business located in Englewood, Colorado, such that it is a citizen of Colorado for purposes of establishing diversity jurisdiction.  *See id.* ¶ 2.

6.      Based on the allegations in the Complaint, Plaintiff C & J Resources Pension Plan & Trust is a trust established under the laws of the State of Colorado that does business in Englewood, Colorado, such that it is a citizen of Colorado for purposes of establishing diversity jurisdiction. *See id.* ¶ 3.

7.	Sefton is incorporated under the laws of the British Virgin Islands. *See id.* ¶ 4. Sefton's principal place of business in located in the United Kingdom at 1 Northumberland Avenue, Trafalgar Square, London, WC2N 5BW, UK. *See* Ex. D, Change of Head Office, attached to Plaintiff's Motion for Ex Parte Appointment of Receiver as Exhibit 1. Sefton is therefore a citizen of the British Virgin Islands and of the United Kingdom under 28 U.S.C. § 1332(c).

8.	Thus, complete diversity of citizenship exists among these parties.

9.	The amount in controversy also exceeds the jurisdictional threshold under 28 U.S.C. § 1332(a). Plaintiff has specifically claimed damages in excess of $421,983.00, such that the sum demanded in the initial pleading establishes the amount in controversy. *See* Ex. A, ¶¶ 161, 169; *see also* 28 U.S.C. § 1446(c)(2)(A).

10.	The remaining Defendants in the state court action (Mark R. Smith, Thomas G. Milne, and Keith A. Morris) have not been served. Thus, their consent is not necessary for removal. 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants *who have been properly joined and served* must join in or consent to the removal of the action." (emphasis added)).

11.	The action is pending in the District Court for the City & County of Denver, Colorado. Accordingly, under 28 U.S.C. §§ 85 and 1441(a), the United States District Court for the District of Colorado is the proper forum for removal.

12.	Pursuant to 28 U.S.C. § 1446(d), Sefton will file, on this same date, a Notice of Filing Notice of Removal with the Clerk of the District Court in and for the City and County of

Denver, Colorado, and a copy has been served on Plaintiffs, as indicated on the attached certificate of service.

13. A hearing on Plaintiff's Motion for Appointment of Receiver is currently set for June 11, 2015, at 1:30 pm. *See* Ex. E. Under D.C.COLO.LCivR 81.1(c), Sefton will notify the state court judge forthwith of the removal both through filing contemporaneously the Notice of Filing Notice of Removal and through a courtesy call to chambers. Filing of the Notice with the state court will immediately divest it of jurisdiction. *Bruley v. Lincoln Prop. Co., N.C.*, 140 F.R.D. 452, 453 (D. Colo. 1991); 28 U.S.C. § 1446(d).

WHEREFORE, Sefton removes this action from the District Court in and for the City and County of Denver to the United States District Court for the District of Colorado.

Dated June 10, 2015

*s/ Danielle L. Kitson*
Danielle L. Kitson
Stephen E. Baumann II
LITTLER MENDELSON, P.C.
A Professional Corporation
1900 Sixteenth Street
Suite 800
Denver, CO  80202
Telephone:  303.629.6200

ATTORNEYS FOR DEFENDANT
SEFTON RESOURCES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2015, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed and served via CM/ECF which sent notification of the filing to the following. The duly signed original is on file at the office of Littler Mendelson, P.C.

    Kenneth J. Buechler
    Buechler Law Office LLC
    1621 18th Street, Suite 260
    Denver, CO 80202
    ken@kjblawoffice.com


                                        *s/ Nada Salib*
                                        Nada Salib