IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | |
|---|---|---|
| Civil Action: | 15-cv-01212-RM-NYW | Date: October 2, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| JOHN J. ELLERTON, <br> C&J RESOURCES, INC., <br> C&J RESOURCES PENSION PLAN AND TRUST, <br><br> **Plaintiffs,** <br><br> v. <br><br> SEFTON RESOURCES, INC., <br> MARK R. SMITH, <br> THOMAS G. MILNE, <br> KEITH A. MORRIS, <br><br> **Defendants.** | <br><br><br><br><br><br><br><br> *Stephen E. Baumann, II* |

**COURTROOM MINUTES/MINUTE ORDER**

**STATUS CONFERENCE AND MOTION HEARING**

Court in Session: 10:02 a.m.

Appearance of counsel. Jonathan M. Dickey appears on behalf of Kenneth Buechler for Plaintiffs.

Discussion held on status of case in light of the Minute Order issued August 28, 2015, by the Honorable Michael E. Romero from the United States Bankruptcy Court for the District of Colorado, filed in this case as Docket No. 33.

Discussion held on Motion to Hold Civil Action in Abeyance Pending Determination of Involuntary Bankruptcy Petition [19] filed August 14, 2015. Plaintiff's submit an oral motion to withdraw this motion.

Discussion held on Defendant Sefton Resources, Inc.'s Expedited Request to Confirm that Discovery has Opened under the Federal Rules of Civil Procedure [28] filed August 24, 2015. Defendant's submit an oral motion to withdraw this motion.

For the reasons stated on the record, it is

**ORDERED:** **Oral Motion to WITHDRAW the Motion to Hold Civil Action in Abeyance Pending Determination of Involuntary Bankruptcy Petition [19] is GRANTED. The Motion is WITHDRAWN without prejudice with leave to refile after the determination on involuntary bankruptcy.**

**ORDERED:** **Oral Motion to WITHDRAW Defendant Sefton Resources, Inc.'s Expedited Request to Confirm that Discovery has Opened under the Federal Rules of Civil Procedure [28] is GRANTED. The Motion is WITHDRAWN without prejudice with leave to refile after the determination on involuntary bankruptcy.**

Court in Recess: 10:16 a.m.          Hearing concluded.          Total time in Court:    00:14

* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.