# EXHIBIT 9

E-MAIL COMMUNICATIONS BETWEEN PLAINTIFF

AND DEFENDANT'S COUNSEL, WITH RESPECT TO

POSSIBILITY OF RESOLVING ISSUES/CLAIMS

BETWEEN PLAINTIFFS AND DEFENDANTS

**Subject:** Fwd: Ellerton et al. v. Sefton Resources, Inc. - Court Order--possible settlement proposal
**From:** John Ellerton <jjellerton@bdsholdings.net>
**Date:** 2/4/2016 10:24 AM
**To:** usa2804 <usa2804@fedex.com>

Could you print this email please-- thank you-- Jim ellerton( 808-359-1037)

Sent from my iPad

Begin forwarded message:

> **From:** John Ellerton <jjellerton@bdsholdings.net>
> **Date:** February 4, 2016 at 10:23:11 AM HST
> **To:** "Baumann, Stephen E." <SBaumann@littler.com>
> **Cc:** "Kitson, Danielle L." <DKitson@littler.com>
> **Subject: Re: Ellerton et al. v. Sefton Resources, Inc. - Court Order--possible settlement proposal**
>
> To continue Stephen:
>  B) my liabilities consist of:
>      --- outstanding Judgement from Dillabaugh litigation
>      --- 50% of Mortgage on Hawaiian residence
>      --- outstanding Default on credit cards used in Sefton business
>      --- outstanding loans to family and friends
>      --- possible outstanding legal fees etc., ( depending on outcome of divorce proceedings)
>      --- possible outstanding judgement of Sefton
> C) C&J Resources Pension plan & Trust:
>      -- Assets of only Sefton Shares
>      -- possible liability of Sefton Judgement
> D) C&J Resources Inc
>      -- Assets of--- $ 500.- cash, Sefton Shares, money and other claims owed by Sefton, money owed by Carol ( excess withdrawals ) and miscellaneous equipment ( Camera, Truck etc.,)
>      -- Liabilities of-- outstanding invoice from Lawyers, accountants and myself, money owed to myself ( withheld K-1 allocations from yearly tax filings of C&J), Sefton Judgement
> E) Carol's assets--
>      -- 50% of Hawaiian residence, 100% of Colorado residence, inheritance( 2014) money taken from C&J( 2008-2013), money from sale of another Hawaiian residence (2014--might be owed to myself--divorce proceedings), car in Colorado, SUV in Hawaii, income from Nursing, etc.,

F) Carol's liabilities--
   50% Mortgage on Hawaiian residence, 100% mortgage on Colorado residence, Divorce proceedings to myself( including portion of my pension plan loss),money owed to C&J, possible undeclared revenue to IRS, Sefton Judgement and other C&J liabilities ( she has taken position that she owns 100% of C&J-- which you have exploited!!)

Note: the prolonged divorce proceedings between myself and Carol, are likely to have an impact on all items discussed--- we ( primarily myself at this time ) are in the discovery phase, which is likely to be followed by an Evidentiary hearing, leading to a likely trial--- Carol, as before, is doing her level best to avoid any disclosures needed)

My continuing the Verified complaint ( which includes Fraud, supported by at least one Securities lawyer shareholder), the prolonged Divorce proceedings and Sefton's current financial condition, de-listed status and new Management, who have stated previous management dissipated ~ $ 1 million in about 11 weeks etc.,--- all seem to suggest that settlement negotiations should be considered
---would appreciate your thoughts and letting me know who I should contact at Sefton, for such discussions/possible resolution of these situations
Regards
Jim

Sent from my iPad

On Feb 4, 2016, at 9:51 AM, John Ellerton <jjellerton@bdsholdings.net> wrote:

> Stephen:
>    As a follow up to our telephone conversation on 29 January 2016, in which I suggested a proposal between Sefton and myself/C&J/pension plan, which might be palatable between the parties in light of Sefton's financial position/ new management/ benefit of removing long standing litigation and Prolonged divorce proceedings/delayed discovery process between myself and Carol Ellerton :-
>    1) settlement with myself for:
>       a) $ 60,000.- ( loan, credit card debts, owed by Sefton)
>       b) Controlling interest in TEG Transmission/MidContinent, with enough money to keep these entities viable until resolution of remaining disputes between Sefton and C&J / Pension Plan
>       Note: Sefton has publicly published it's lack of interest in these Kansas Assets-- and I believe I could do something with them, preserving some of the tax loss carry forward and bring additional value to parent Sefton
>
>    2) possible resolution of Dispute between Sefton and C&J/Pension plan by:
>       a) a Continuance of the Verified Complaint/Request for a Trustee -- to provide time for an opportunity to resolve issues----or---

     b) dismiss the Verified Complaint/Counter action and enter binding arbitration/Mediation to resolve the issues

    Note: (i) I suggested the judgement for Sefton ($ 142 K ) be included in 2) above as would any claims by C&J/Pension Plan ( legal fees/costs/expenses etc.,)

      (ii) I stated that I would provide data that you might not be aware of regarding your counter action against myself--- Emails/directors minutes etc., between Sefton's Directors/Nomad ( Nick Harris)/Dillabaugh etc., before (2009-2010) Sefton/C&J contract --which demonstrates that Sefton's Board and it's UK Lawyers/Auditors etc., were well aware of the litigation between myself( individually) and Dillabaugh and had contingency plans ( directors minutes etc.,) to deal with such if it became a problem ( all Dillabaugh dealings were dealt with by the Board/Nomad of Sefton-- such data is also in the hands of the UK Regulatory agencies)--- together with Sefton's Auditors and Holly Albertson & Polk ( Denver Law Firm), providing letters ( October/November 2013) to Sefton's board regarding no malfeasance on my part, which resulted from the aforementioned data and the review of the full trial transcript between Ellerton/Dillabaugh.

      (iii) I stated that I would continue individually with this action and invoke Sefton's D&O insurance policy, together with other indemnification agreements within Sefton provided to me.

The above was to avoid a protracted action, that might not be beneficial to results obtained by either parties

After our aforementioned telephone conversation, I was in process of filing some subpoenas with the family court here in Hawaii ( financial data that Carol continues to avoid providing)--- when I saw your "Notice of Foreign Judgement" having been filed recently--- some comments on this and ability to perfect:-
    Although I am not a lawyer----
A) my assets consist of--
---50% interest in my Hawaiian residence ( Dillabaugh has filed his Judgement in Hawaii, which is larger than the net proceeds I would receive in the sale of this house)
--- money owed to myself by Carol ( contained within prolonged Divorce proceedings)

Note: Carol has stated she has little or no money, other than a small inheritance.

--- money owed to myself from C&J (only $ 500.- in C&J bank account at this time--with significant unpaid and outstanding invoices from legal firms, accounting firm and myself--again wrapped up in the divorce proceedings)

--- my pension plan --which contains only Sefton Shares, with no trading value at this time-- accounting for a loss of approximately $ 800K while being married to Carol

Note: have a Colorado Appellate court ruling against garnishing this pension plan (from Ellerton: vs: Dillabaugh--- exhibit to Sefton's CFO deposition)

---very little else

Sent from my iPad

On Feb 2, 2016, at 5:25 PM, John Ellerton <jjellerton@bdsholdings.net> wrote:

> Stephen: as a follow up to our telephone conversation recently,-- I was filing some subpoena(s) with the divorce courts ( financial entities, to obtain data , as Carol, as usual, not cooperating) -- when I retrieved a copy of your judgement filed in the divorce courts
> Plan to send you a lengthy email tomorrow ( Wednesday) on my view as to the implications of this and why our prior discussion might be even more relevant
> Regards
> Jim
>
> Sent from my iPad
>
> On Jan 29, 2016, at 6:53 AM, John Ellerton <jjellerton@bdsholdings.net> wrote:
>
>> Will do Stephen-- Jim
>>
>> Sent from my iPad
>>
>> On Jan 29, 2016, at 6:41 AM, Baumann, Stephen E. <SBaumann@littler.com> wrote:
>>
>>> Mr. Ellerton:
>>>
>>> 11:00 am MST (8:00 am your time) works. You can call my toll-free number, 866.228.5108, with a passcode of 303.362.2893.
>>>
>>> Thanks,
>>>
>>> Steve
>>>
>>> **Stephen E. Baumann II,** Attorney At Law
>>> 303.362.2893 direct   303.484.6101 fax   SBaumann@littler.com

1900 Sixteenth Street, Suite 800 | Denver, CO 80202-5835

<image001.jpg> | littler.com
Employment & Labor Law Solutions Worldwide

**From:** John Ellerton [mailto:jjellerton@bdsholdings.net]
**Sent:** Friday, January 29, 2016 12:26 AM
**To:** Baumann, Stephen E.
**Cc:** Kitson, Danielle L.
**Subject:** Re: Ellerton et al. v. Sefton Resources, Inc. - Court Order

Stephen-- how about 8:00 a.m. My time, which is 11:00 a.m. Your time-- is there a specific number you want me to call into
Regards
Jim

Sent from my iPad

On Jan 28, 2016, at 7:41 PM, Baumann, Stephen E. <SBaumann@littler.com> wrote:

> Mr. Ellerton:
>
> I can be available to discuss tomorrow. Is there a time before 1:00 pm MST that would work for you, or between 2:00 pm and 3:00 pm MST?
>
> Let me know,
>
> Steve
>
> Sent from my iPhone
>
> On Jan 28, 2016, at 1:17 PM, John Ellerton <jjellerton@bdsholdings.net> wrote:
>
>> Stephen/Danielle: my divorce proceedings are taking longer than anticipated, in my quest for some intermediate resolution on several fronts and Ken is tied up until next Tuesday
>> I realize there is little trust between us, but I would like to visit with you as what options I am considering and ways of achieving such.
>> As I do not know exactly who represents Sefton ( management ) at this time and I realize you are not obligated to discuss anything with me, a discussion would be appreciated
>> Regards
>> Jim
>>
>> Sent from my iPad
>>
>> On Dec 23, 2015, at 6:36 AM, Baumann, Stephen E. <SBaumann@littler.com> wrote:

Mr. Ellerton:

Please find attached the Court's Order that resulted from our Status Conference on Monday, which we provide as a courtesy per our subsequent conversation.

Thank you,

Steve

**Stephen E. Baumann II,** Attorney At Law
303.362.2893 direct   303.484.6101 fax
SBaumann@littler.com
1900 Sixteenth Street, Suite 800 | Denver, CO 80202-5835

<image001.jpg>   | littler.com
Employment & Labor Law Solutions Worldwide

---------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

<#42 2015.12.22 Courtroom Minutes-Minute Order (137710597_1).pdf>

---------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more