**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 23 2016

JEFFREY P. COLWELL
CLERK

Civil Action: 15-cv-01212-RM-NYW

JOHN J. ELLERTON,
C & J RESOURCES, INC.,
C & J RESOURCES PENSION PLAN & TRUST

    **Plaintiffs,**
    **CounterDefendants**

v.

SEFTON RESOURCES, INC.
MARK R. SMITH,
THOMAS G. MILNE
KEITH A. MORRIS

    **Defendants,**
    **CounterClaimants.**

---

**COUNTERDEFENDANT'S RESPONSE TO COUNTERCLAIMANTS' COMPLAINT**

---

COMES NOW Plaintiff and CounterDefendant JOHN J. ELLERTON ("CounterDefendant") and responds to the Counter Complaint as follows:

1. In answer to paragraphs 1, 2, 4, and 6 of the Counter Complaint, this answering CounterDefendant admits the allegations therein contained.

2. In answer to paragraphs 3 and 5 of the Counter Complaint, this answering CounterDefendant is without information sufficient as to form a truth or falsity about the

allegations contained therein, and based thereon, denies the allegations contained therein.

3. In answer to paragraphs 7, 9, 10, 11, 12, and 13 of the Counter Complaint, this answering CounterDefendant admits the allegations therein contained.

4. In answer to paragraph 8 of the Counter Complaint, this answering CounterDefendant admits that he is one of the founders of Sefton, which stock traded on the London Exchange since Sefton's initial public offering on December 8, 2000, but denies the remaining allegations therein contained.

5. In answer to paragraph 14 and 15 of the Counter Complaint, this answering CounterDefendant admits the allegations therein contained.

6. In answer to paragraph 16, 17 (and all subparagraphs thereto), 18, 20, and 21 of the Counter Complaint, this answering CounterDefendant denies, generally and specifically each and every allegation and all subparts thereto of said paragraphs.

7. In answer to paragraph 19 of the Counter Complaint, this answering CounterDefendant is without sufficient information as to form a truth or falsity as to the allegations contained therein, and based thereon, denies generally and specifically each and every allegation therein contained.

8. In answer to paragraph 22 of the Counter Complaint, this answering CounterDefendant admits that he agreed to temporarily step down from the positions of Chairman and CEO effective August 22, 2013, but denies all remaining allegations contained therein.

9. In answer to paragraph 23, 24, 25 and 26 of the Counter Complaint, this answering CounterDefendant denies each and every allegation contained therein. This

answering CounterDefendant specifically denies the heading "The Jams Arbitration and Mr. Ellerton's Improper Use Of C & J".

10. In answer to paragraph 28 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

11. In answer to paragraphs 27 of the Counter Complaint, this answering CounterDefendant admits the allegations pertaining to the corporate name, but denies the remaining allegations therein contained.

12. In answer to paragraphs 29 and 30 of the Counter Complaint, this answering CounterDefendant is without sufficient information and belief as to form a truth or falsity as to the allegations therein contained, and based thereon, denies generally and specifically each and every allegation contained in said paragraphs.

13. In answer to paragraph 31 of the Counter Complaint, this answering CounterDefendant admits the allegation contained therein.

14. In answer to paragraph 32 of the Counter Complaint, this answering CounterDefendant is without sufficient information and belief as to form a truth or falsity as to the allegations therein contained, and based thereon, denies generally and specifically each and every allegation contained in said paragraphs.

15. In answer to paragraphs 33, 34, 35, and 36 of the Counter Complaint, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

16. In answer to paragraphs 37 and 38 of the Counter Complaint, this answering CounterDefendant admits the allegations contained therein.

17. In answer to paragraph 39 of the Counter Complaint, this answering CounterDefendant is without sufficient information and belief as to form a truth or falsity as to the allegation therein contained, and based thereon, denies generally and specifically each and every allegation contained in said paragraph. This answering CounterDefendant specifically denies the caption of the paragraph "Plaintiffs' Improper And Bad Faith Filing Of The Bankruptcy Action".

18. In answer to paragraph 40 of the Counter Complaint, this answering CounterDefendant admits the allegations contained therein.

19. In answer to paragraph 41 of the Counter Complaint, this answering CounterDefendant admits the lists as to filing creditors but denies the remaining allegations contained therein.

20. In answer to paragraph 42 of the Counter Complaint, this answering CounterDefendant is without sufficient information and belief as to form a truth or falsity as to the allegation therein contained, and based thereon, denies generally and specifically each and every allegation contained in said paragraph.

21. In answer to paragraph 43 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in all previous paragraphs.

22. In answer to paragraph 44 of the Counter Complaint, this answering CounterDefendant admits the allegations contained therein.

23. In answer to paragraphs 45 and 46 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

24.  In answer to paragraphs 47 and 48 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

25.  In answer to paragraph 49 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in all previous paragraphs. This answering CounterDefendant specifically denies the caption "(Breach of the Duty of Good Faith and Fair Dealing – C & J)".

26.  In answer to paragraphs 50, 51, 53 and 54 of the Counter Complaint, this answering CounterDefendant denies each and every allegations contained in said paragraphs.

27.  In answer to paragraph 52 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in all previous paragraph, and specifically denies the caption "(Fraud in the Inducement – C & J)".

28.  In answer to paragraphs 55, 56, and 57 of the Counter Complaint, this answering CounterDefendant denies each and every allegations contained in said paragraphs.

29.  In answer to paragraph 58 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in all previous paragraph, and specifically denies the caption "(Breach of Contract – Mr. Ellerton)".

30.  In answer to paragraph 59 of the Counter Complaint, this answering CounterDefendant admits that he is a party to the Agreement by virtue of his execution of Schedule 2, but denies all remaining allegations therein contained.

31. In answer to paragraph 60 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

32. In answer to paragraph 61 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

33. In answer to paragraphs 62, 63, 64, 65, 66 and 67, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

34. In answer to paragraph 68 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in all previous paragraph, and specifically denies the caption "(Breach of the Duty of Good Faith and Fair Dealing– Mr. Ellerton)".

35. In answer to paragraph 69 of the Counter Complaint, this answering CounterDefendant admits that he executed Schedule 2 of the Agreement but is without sufficient information and belief as to form a truth or falsity as to the remaining allegations and based thereon, denies generally and specifically each and every allegation therein contained.

36. In answer to paragraphs 70, 71, 72, 73, 74 and 75, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

37. In answer to paragraph 76 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in all previous paragraph, and specifically denies the caption "(Fraud in the Inducement – Mr. Ellerton)".

38. In answer to paragraph 77 of the Counter Complaint, this answering CounterDefendant admits that he executed Schedule 2 of the Agreement but denies the remaining allegations contained therein.

39. In answer to paragraphs 78, 79, 80, 81, 82, 83, 84, 85, and 86, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

40. In answer to paragraph 87 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in said previous paragraph, and specifically denies the caption "(Abuse of Process – Mr. Ellerton, C & J, and C & J Trust)".

41. In answer to paragraph 88 of the Counter Complaint, this answering CounterDefendant admits the allegation contained therein.

42. In answer to paragraphs 89 and 90 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

43. In answer to paragraph 91 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in said paragraph, and specifically as to the caption "(Violation of the Colorado Consumer Protection Action…)" is without sufficient information or belief on this information.

44. In answer to paragraph 92 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein, including all subparts contained therein.

45. In answer to paragraphs 93, 94, 95 and 96 of the Counter Complaint, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

46. In answer to paragraph 97 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in said paragraph, and specifically as to the caption "(Vicarious Liability – C & J and C & J Trust) is without sufficient information or belief on this information.

47. In answer to paragraphs 98, 99, 100 and 101 of the Counter Complaint, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

48. In answer to paragraph 102 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in said paragraph, and specifically as to the caption "(Violation of the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. Sections 1962, 1964(c) - Mr. Ellerton, C & J, and C & J Trust) is without sufficient information or belief on this information.

49. In answer to paragraph 103 of the Counter Complaint, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraph.

50. In answer to paragraph 104 and its subparts therein of the Counter Complaint, this answering CounterDefendant is without sufficient information as to form a truth or falsity as to the allegations contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

51. In answer to paragraph 105 and its subparts therein of the Counter Complaint, this answering CounterDefendant is without sufficient information as to form a truth or falsity as to the allegations contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

52. In answer to paragraphs 106, 107, 108, and 109 of the Counter Complaint, this answering CounterDefendant denies each and every allegation contained in said paragraphs.

53. In answer to paragraph 110 of the Counter Complaint, this answering CounterDefendant is without sufficient information as to form and truth or falsity as to the allegation contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

54. In answer to paragraph 111 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

55. In answer to paragraph 112 of the Counter Complaint, this answering CounterDefendant is without sufficient information as to form and truth or falsity as to the allegation contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

56. In answer to paragraph 113 of the Counter Complaint, this answering CounterDefendant incorporates each and every response hereinabove contained in said paragraph, and specifically as to the caption "(Violation of the Colorado Organized Crime & Control Act Colo. Rev. Stat. Section 18-17-101 to 108- Mr. Ellerton, C & J, and C & J Trust) is without sufficient information or belief on this allegation.

57. In answer to paragraph 114 of the Counter Complaint, this answering CounterDefendant denies the allegations contained therein.

58. In answer to paragraph 115 of the Counter Complaint and its subparts therein, this answering CounterDefendant is without sufficient information as to form and truth or falsity as to the allegation contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

59. In answer to paragraph 116 of the Counter Complaint and its subparts therein, this answering CounterDefendant denies generally and specifically each and every allegation therein contained.

60. In answer to paragraphs 117, 118 and 119 of the Counter Complaint and its subparts therein, this answering CounterDefendant denies generally and specifically each and every allegation contained in said paragraphs.

61. In answer to paragraph 120 of the Counter Complaint and its subparts therein, this answering CounterDefendant is without sufficient information as to form and truth or falsity as to the allegation contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

62. In answer to paragraph 121 of the Counter Complaint and its subparts therein, this answering CounterDefendant denies generally and specifically each and every allegation contained therein.

63. In answer to paragraph 122 of the Counter Complaint and its subparts therein, this answering CounterDefendant is without sufficient information as to form and truth or falsity as to the allegation contained therein and based thereon, denies generally and specifically each and every allegation therein contained.

WHEREFORE, CounterDefendant prays that Defendant/Counterclaimant Sefton Resources, Inc. take nothing by reason of its Counter Complaint on file herein, for costs of suit, including but not limited to attorney's fees and costs, paralegal fees and costs and any other costs that the Court finds proper and just in the circumstance.

DATED: Wailuku, HI.  FEBRUARY 5TH 2016

JOHN JAMES ELLERTON

2724 Pu'u Ho'olai Street
Kihei, HI. 96753
(808) 359-1037
jjellerton@bdsholdings.net
Plaintiff and CounterDefendant Pro Se

### CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2016, a true and correct copy of the foregoing COUNTERDEFENDANT'S RESPONSE TO COUNTER CLAIMANT'S COMPLAINT were filed and served via U.S. Mail, postage prepaid, to the following:

Stephen E. Baumann, II
Danielle L. Kitson
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202

DATED: Wailuku, HI.  FEBRUARY 5' 2016

JOHN JAMES ELLERTON, Plaintiff and
CounterDefendant Pro Se