FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 14 2016

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

---

Civil Action: 15-cv-01212-RM-NYW

JOHN J. ELLERTON,

    **Plaintiff,**

    v.

SEFTON RESOURCES, INC.

    **Defendant,**

---

**PLAINTIFF'S MOTION FOR AN ORDER TO DEFENDANT TO DISCLOSE DATA ON ITS DIRECTORS AND OFFICER'S INSURANCE POLICY AND FOR AN ORDER OF ASSURANCE BY DEFENDANT TO MEET FINANCIAL OBLIGATIONS ASSOCIATED WITH PLAINTIFF'S DEFENSE OF DEFENDANT'S COUNTERCLAIMS AS PER DEFENDANT'S INDEMNIFICATION AGREEMENTS FOR ITS OFFICERS & DIRECTORS**

---

COMES NOW Plaintiff JOHN J. ELLERTON ("Plaintiff") and moves this court for an order for Defendant SEFTON RESOURCES, INC. to disclose the data pertaining to its Directors and Officers ("D & O") Insurance Policy and further moves this court for an order of assurance by Defendant to meet financial obligations associated with Plaintiff's defense of Defendant's counterclaims.

1

As per following indemnification documents of Defendant:

1. Defendant's Articles/By-laws; (Exhibit A, page 26, Item #133-138)

2. Defendant's Directors Minutes and approved indemnification agreements dated January 25, 2011 (Exhibit B);

3. Consulting agreement between C & J Resources, Inc. ("C & J") and Defendant dated April 7, 2011 in which C & J provided the services of Plaintiff as initial consultant as Defendant's Chief Executive Officer ("CEO") and Executive Chairman; (Exhibit C)

4. Email communications during February and March, 2016 between Plaintiff and Defendant's counsel ("Littler") regarding request by Plaintiff for Defendant to provide data on Defendant's D & O Policy and Insurance Carrier; (Exhibit D) and

5. December 24, 2016 published statement by Defendant's current CEO on Defendant's website (www.seftonresources.com) (Exhibit E).

Plaintiff further moves this Court for an Order that Defendant:

a) Disclose to Plaintiff Defendant's D & O Insurance Policy and contact particulars (insurance agent, etc.) to allow Plaintiff to invoke his rights under this and other aforementioned Indemnification Agreements (Exhibits A, B, C) to provide an adequate defense against unsupported claims by Defendant against Plaintiff in this action.

b) Assure Plaintiff of Defendant's ability to meet Defendant's financial obligations (Exhibit B, pages 3 and 4 of indemnification agreement regarding advances of expenses) to Plaintiff in defending counterclaims against Plaintiff, particularly in light of published data by Defendant regarding Defendant's financial status. (Exhibit D)

This Motion is based on financial concerns as outlined in Defendant's published Statement (Exhibit D) and upon Rule 26 of the Federal Rules of Civil Procedure.

DATED: Wailuku, HI. MARCH 9 '2016

JOHN JAMES ELLERTON

2724 Pu'u Ho'olai Street
Kihei, HI. 96753
(808) 359-1037
jjellerton@bdsholdings.net
Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2016, a true and correct copy of the foregoing MOTION FOR AN ORDER TO DEFENDANT TO DISCLOSE DATA ON ITS DIRECTORS AND OFFICERS INSURANCE POLICY AND FOR AN ORDER OF ASSURANCE BY DEFENDANT TO MEET FINANCIAL OBLIGATIONS ASSOCIATED WITH PLAINTIFF'S DEFENSE OF DEFENDANT'S COUNTERCLAIMS AS PER DEFENDANT'S INDEMNIFICATION AGREEMENTS FOR ITS OFFICERS AND DIRECTORS was filed and served via U.S. Mail, postage prepaid, to the following:

Stephen E. Baumann, II
Danielle L. Kitson
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO  80202

DATED: Wailuku, HI.   9 MARCH 2016

JOHN JAMES ELLERTON, Plaintiff Pro Se