**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 6 2016

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

---

Civil Action: 15-cv-01212-RM-NYW

JOHN J. ELLERTON,

**Plaintiff,**

v.

SEFTON RESOURCES, INC., a British Virgin
Islands corporation,

**Defendant,**

---

### DECLARATION BY JOHN JAMES ELLERTON REGARDING SEFTON RESOURCES, INC.'S NOTICE FOR DEPOSITION OF JOHN J. ELLERTON, C & J RESOURCES, INC. AND C & J RESOURCES PENSION PLAN AND TRUST DATED MAY 19, 2016

COME NOW, Plaintiff JOHN JAMES ELLERTON ("Plaintiff") on behalf of himself, C & J Pesources, Inc. ("C&J") and C & J Resources Pension Plan & Trust ("Trust") herein collectively referred to as "Plaintiff, et al." to respond to both the Court and Defendant SEFTON RESOURCES, INC. ("Sefton") regarding the above-mentioned Notice of Depositions. .

Exhibit 1 is the aforementioned Notice(s) regarding depositions of Plaintiff, et al.

1

Exhibit 2 is a copy of a certificate of Counseling from the Consumer Credit Counseling Service of Hawaii. This process is required in Hawaii before filing for Bankruptcy (Chapter 7 Liquidation).

**NOTE:** Hawaii Legal Services [Tel: (808)727-8210] has set up a telephonic meeting with a Honolulu-based Bankruptcy Attorney for June 16, 23016 at 6:30 p.m. HST.

1. From Exhibit 2, it is obvious that Plaintiff has limited financial capabilities at this time and will be unable to travel to Colorado for depositions to present himself, C & J and Trust.

**NOTES:**

- This situation is complicated by Plaintiff being involved in divorce proceedings in addition to moving towards filing for bankruptcy.
- Plaintiff has been awarded ownership/control of C & J (April 2016-Family Court) which has no liquid assets, but legal/accounting debts.
  Trust has no liquid assets (owns shares of Sefton only).

2. Sefton took the Deposition of Plaintiff and Carol Ellerton (C & J) in third quarter 2015. (Bankruptcy action between Plaintiff, et al. and Sefton: Case # 15-17608-MER.)

3. Sefton is mainly responsible for this situation by not paying invoices as they became due (Plaintiff, et al. as per 01/31/15 audited financials of Sefton) and not providing Plaintiff access to Sefton's Directors and Officers Insurance Company – which

would have negated this situation including Plaintiff, et al.'s not having legal representation in the actions between Sefton, et al. and Plaintiff, et al.

4. Plaintiff is in receipt (today, May 25, 2016) of Court's Minute Order dated May 17, 2016 (Exhibit 3) and plans to confer with Defendant's counsel prior to re-filing Plaintiff's Motion to Dismiss (without prejudice).

DATED: Wailuku, HI. _MAY 25, 2016_

_/s/ John James Ellerton_
JOHN J. ELLERTON, on behalf of himself
C & J Resources, Inc. and C & J Resources
Pension Plan & Trust

2020 Main Street, PMB 507
Wailuku, HI. 96793
(808) 359-1037
jjellerton@bdsholdings.net
Plaintiffs Pro Se

### CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2016, a true and correct copy of the foregoing DECLARATION BY JOHN JAMES ELLERTON REGARDING SEFTON RESOURCES, INC.'S NOTICE OF DEPOSITION OF JOHN J. ELLERTON, C & J RESOURCES, INC. AND C & J RESOURCES PENSION PLAN AND TRUST DATED MAY 19, 2016 was filed and served via U.S. Mail, postage prepaid, to the following:

Stephen E. Baumann, II
Danielle L. Kitson
Littler Mendelson, P.C.
1900 Sixteenth Street, Suite 800
Denver, CO 80202

DATED: Wailuku, HI. _MAY 25, 2016_

_/s/ John James Ellerton_
JOHN J. ELLERTON, Plaintiff Pro Se